# Notice Recipients

District/Off: 0971−4   User: twashingt   Date Created: 10/16/2013
Case: 13−45707   Form ID: B9I   Total: 23

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Robert D. Britz | 2113 Alice Avenue | Walnut Creek, CA 94596 | |
| ust | Office of the U.S. Trustee/Oak | Office of the U.S. Trustee | 1301 Clay St. #690N | Oakland, CA 94612 |
| tr | Martha G. Bronitsky | P.O. Box 9077 | Pleasanton, CA 94566 | |
| aty | Jacqueline J. Klein | Acuna, Regli and Klein, LLP | 1981 N. Broadway #245 | Walnut Creek, CA 94596 |
| smg | Labor Commissioner | 1515 Clay St. | Room 801 | Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept. | P.O. Box 942879 | Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812−2952 |
| 13469591 | American Express | P O Box 0001 | Los Angeles, CA 90096−8000 | |
| 13469592 | Apelles | P.O. Box 1197 | Westerville, OH 43086−1197 | |
| 13469593 | Brian Newport | Action Coaching of the Central Valley | 4332 Morningbrook Court | Stockton, CA 95219 |
| 13469594 | CCA | 2600 Central Ave. Suite N | Union City, CA 94587 | |
| 13469595 | Crow Canyon Country Club | 711 Silverlake Drive | Danville, CA 94526 | |
| 13469596 | Fedex Techconnect, Inc. | 942 South Shady Grove Road | Memphis, TN 38120 | |
| 13469597 | Golden State Business Coaching Inc. | 6566 S. McCarran Blvd., Ste B | Reno, NV 89509 | |
| 13469598 | Karen S. Britz | 1209 Montego Way | Apt. 7 | Walnut Creek, CA 94598 |
| 13469599 | LADCO Leasing | 7300 Chapman Highway | Knoxville, TN 37920 | |
| 13469600 | NCO Financial Systems, Inc. | 507 Prudential Road | Horsham, PA 19044 | |
| 13469601 | Phillips &Cohen Associates, Ltd. | Mail Stop 640 | 1002 Justison Street | Wilmington, DE 19801−5148 |
| 13469602 | River Collection &Recovery Service, Inc | PO Box 992 | Elk River, MN 55330 | |
| 13469603 | US Bank | P O Box 6335 | Fargo, ND 58125−6335 | |
| 13469604 | US Bank Home Equity | P.O. Box 790179 | Saint Louis, MO 63179−0179 | |
| 13469605 | Weltman, Weinberg &Reis, Co. LPA | 965 Keynote Circle | Brooklyn Heights, OH 44131 | |

TOTAL: 23